UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      DECISION AND ORDER

                    Plaintiff,

                                      22-CR-6024L

          v.

SWIFT OGDEN SPEER,

                    Defendant.
_____

Defendant Swift Speer ("Speer") has filed a *pro se* motion (Dkt. #2) seeking early termination of supervised release. The Probation Office has filed its Response (Dkt. #3) opposing the motion indicating that the U.S. Attorney's Office also opposes early termination at this time.

Speer was convicted in the Northern District of Alabama and sentenced in August 2019 to 24 months imprisonment on two fraud counts. He was also sentenced to a term of three years of supervised release. Jurisdiction has been transferred to this Court.

Although Speer has apparently complied with the conditions of supervised release, he has only completed approximately 20 months of the 36-month term of supervision imposed by the sentencing judge in Alabama. Also, as the Probation Office notes in its Response, Speer does have a lengthy criminal history involving fraud and fraud-related crimes.

## CONCLUSION

Defendant Swift Speer's *pro se* motion (Dkt. #2) for early termination of supervised release is DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
June 15, 2022.